SEUNG YANG, Bar No. 249857
CHRISTOPHER L. GARCIA, Bar No. 306082
MOON & YANG, APC
1055 W. Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone:   213.232.3128
Facsimile:   213.232.3125
*seung.yang@moonyanglaw.com*
*chris.garcia@moonyanglaw.com*

Attorneys for Plaintiff
JESUS CORRALES TORRES

JUDY M. IRIYE, Bar No. 211360
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California  90067
Telephone:   310.553.0308
Facsimile.:   310.553.5583
*jiriye@littler.com*

VANESSA M. COHN, Bar No. 314619
LITTLER MENDELSON, P.C.
5200 N. Palm Ave., Ste. 302
Fresno, California  93704
Telephone:   559.244.7500
Facsimile:   559.244.7525
*vcohn@littler.com*

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORRALES TORRES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.  1:20-CV-00479-DAD-JLT<br><br>**JOINT STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE**<br><br>Complaint Filed: March 2, 2020<br>Kern County Complaint No.: BCV-20-100606 |

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

JOINT STIPULATION REGARDING EARLY
SETTLEMENT CONFERENCE

**STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE**

WHEREAS, Plaintiff filed the above-referenced Complaint on or about March 2, 2020;

WHEREAS, on July 2, 2020, the Court issued a Scheduling Order [ECF 9], which set this matter for a Settlement Conference on January 11, 2021, at 9:00 AM; and

WHEREAS, the parties have conducted adequate discovery to date and agree that an earlier Settlement Conference than that originally scheduled by the Court would be appropriate at this juncture.

NOW, THEREFORE, in light of the foregoing, the parties stipulate and agree to submit this matter to a Settlement Conference before the Court on November 18, 2020, at 1:30 PM.

Dated: September __, 2020          MOON & YANG, APC

By: _____
SEUNG YANG
CHRISTOPHER L. GARCIA
Attorneys for Plaintiff
JESUS CORRALES TORRES

Dated: September __, 2020          LITTLER MENDELSON, P.C.

By: _____
JUDY M. IRIYE
VANESSA M. COHN
Attorneys for Defendant
TARGET CORPORATION

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE         2.

## **ORDER**

Pursuant to stipulation of the parties, the Court will advance the Settlement Conference originally set for January 11, 2020, at 9:00 AM, to November 18, 2020, at 1:30 PM, before the Hon. Judge Thurston.

The parties SHALL comply with the Court's order related to settlement conferences as set forth in the scheduling order (Doc. 8 at p. 5-7)

IT IS SO ORDERED.

Dated:   **September 23, 2020**            **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

JOINT STIPULATION REGARDING EARLY SETTLEMENT CONFERENCE     3.