# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORRALES TORRES,<br><br>       Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, et al.,<br><br>       Defendants. | Case No.: 1:20-cv-00479 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 15) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 15) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than January 22, 2021**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **December 10, 2020**           /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE