UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORRALES TORRES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00479 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 17) |

The parties have stipulated to the action being dismissed with prejudice. (Doc. 17) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:　**January 14, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE